IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr90-MHT |
| | ) | (WO) |
| DENNIS COLEMAN | ) | |

ORDER

It is ORDERED that the government and probation show cause, if any there be, in writing by February 24, 2015, as to why defendant Dennis Coleman's motion for nunc pro tunc order (doc. no. 534) should not be granted.

DONE, this the 10th day of February, 2015.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE