IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:13cr90-MHT
                             )            (WO)
DENNIS COLEMAN               )
```

ORDER

Because the proposed modification of conditions of supervised release (doc. no. 570) could result in incarceration (that is, if the court were to approve the proposed modification, defendant Dennis Coleman could not renege, and his failure to comply could result in further incarceration), the court believes that defendant Coleman should have the opportunity to consult with counsel.

It is therefore ORDERED as follows:

(1) The clerk of the court shall arrange for the appointment of counsel for defendant Dennis Coleman.

(2) On or before December 1, 2016, defendant Coleman himself or his counsel must inform the court in

writing whether defendant Coleman still agrees to the proposed modification.

DONE, this the 17th day of November, 2016.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**